**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**                                                                                               **WHITE PLAINS OFFICE**
299 BROADWAY                                                                                                                        175 MAIN STREET
SUITE 1700                                                                                                                                      SUITE 800
NEW YORK, NY 10007                                                                                                  WHITE PLAINS, NY 10601
OFFICE: (212) 962-1333                                                                                                   OFFICE: (914) 358-5998
FAX: (212) 962-1778                                                                                                              FAX: (914) 761-0995

April 2, 2020

Honorable Cathy Seibel
United States District Court Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re:   **_USA v._ Abigail Baez, 19 Cr. 271(CS)**
      **Request for Adjournment of Sentence**

Dear Judge Seibel:

    I am assigned to represent Ms. Baez pursuant to CJA. On March 13, 2019 the defendant pled guilty and sentence is scheduled for June 1, 2020. I in need of additional time for scheduling the Probation PSR interview and to prepare my defense sentencing submission.

    I therefore write to request an adjournment of sentence to a date in September that is convenient to the Court. AUSA Sam Rayond informs me that the Government has no objection to this application.

    Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Sam Raymond (By ECF)