**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**　　　　　　　　　　　　　　　　　　**WHITE PLAINS OFFICE**
299 BROADWAY　　　　　　　　　　　　　　　　　　　　　　　175 MAIN STREET
SUITE 1700　　　　　　　　　　　　　　　　　　　　　　　　　SUITE 800
NEW YORK, NY 10007　　　　　　　　　　　　　　　　　　　　WHITE PLAINS, NY 10601
OFFICE: (212) 962-1333　　　　　　　　　　　　　　　　　　　OFFICE: (914) 358-5998
FAX: (212) 962-1778　　　　　　　　　　　　　　　　　　　　　FAX: (914) 761-0995

January 11, 2021

Honorable Cathy Seibel
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF and Email/PDF

Re:　**USA v. Abigail Baez, 19 Cr. 271(CS)**
　　　**Request for Adjournment of Sentence**

Dear Judge Seibel:

　　I am assigned to represent Ms. Baez pursuant to CJA. A Sentencing Hearing is currently scheduled for Monday, January 25, 2021 at 11:00 am. I write to request an adjournment of sentence of 6 weeks due to my awaiting additional documents necessary for the defendant's sentencing submission. AUSA Sam Raymond consents to this application.

　　Thank you, Your Honor, for your consideration of this matter.

Sentencing adjourned to
March 17, 2021 at 3:30
p.m.　SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

1/11/2021

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　　　Tanner & Ortega, L.L.P.

　　　　　　　　　　　　　　　　　　　　　　*Howard E. Tanner*
　　　　　　　　　　　　　　　　　　　　　　Howard E. Tanner

cc: AUSA Sam Raymond (By ECF and Email/PDF)